IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02572-WDM-KLM

WILLIAM DENTON,

    Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for Permission to File Traverse to Respondents' Answer** [Docket No. 18; filed May 23, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Applicant's Traverse to Respondents' Answer [Docket No. 18-2] is accepted for filing as of the date of this Order.

    Dated:    May 28, 2008