FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 6 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-02572 WDM-KLM

WILLIAM DENTON,

    Applicant,

v.

STEVE HARTLEY, Warden, Limon Corrections Facility, and
JOHN SUTHERS, THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 4th day of May, 2010.

BY THE COURT:

_Walker D. Miller_
Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02572 WDM-KLM

Mesa County Court
Mesa County Justice Center
125 N. Spruce
Grand Junction, CO 81505

William Denton
# 110900
Buena Vista Correctional Complex - Minimum
(BVMC)
P.O. Box 2005
Buena Vista, CO 81211

Melissa D. Allen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 5/6/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk